UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JONATHON HELSIUS ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| RALEIGH-DURHAM AIRPORT ) | 5:21-CV-433-FL |
| AUTHORITY ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 7, 2022, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED, and this action is DISMISSED for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on July 7, 2022, and Copies To:**
Moses Vincent Brown (via CM/ECF Notice of Electronic Filing)
Jesse Huntsman Rigsby, IV / Danielle Barbour Wilson (via CM/ECF Notice of Electronic Filing)

July 7, 2022                                              PETER A. MOORE, JR., CLERK

                                                                   /s/ Sandra K. Collins
                                                                  (By) Sandra K. Collins, Deputy Clerk